IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-00447-JLK**

**ALAN DeATLEY,**
**4-D, LLC, an Oregon limited liability company,**
**NAPI (Colorado), LLC, a Colorado limited liability company, and**
**NAPI, LLC, an Oregon limited liability company,**

    Plaintiffs,

v.

**WELLS FARGO BANK, NA, and**
**U.S. BANK, NA,**

    Defendants.

## ORDER APPROVING STIPULATION FOR STAY OF PROCEEDINGS AGAINST DEFENDANT WELLS FARGO BANK, NA, ONLY, PENDING ARBITRATION

Kane, J.

Upon consideration of the Stipulation for Stay of Proceedings Against Defendant Wells Fargo Bank, NA, Only, Pending Arbitration (doc. #17) filed July 1, 2005; it is

ORDERED that the Stipulation is APPROVED. The claims raised by Plaintiffs Alan DeAtley and NAPI (Colorado), LLC ("Plaintiffs") against Wells Fargo Bank, NA are hereby STAYED pending completion of the arbitration of those claims. Upon completion of the arbitration proceedings and issuance of any an arbitration award, the parties Plaintiff shall be limited to seek orders from this Court for enforcement of the remedies as provided in seek an order confirming the award in this proceeding pursuant to 9 U.S.C. §§9, 10 and 11.

Dated: July 5, 2005.                    BY THE COURT:

                                                             **S/John L. Kane**
                                                             Senior Judge, United States District Court